No. 891. Toledo Scale Company *v.* Computing Scale Company. May 29, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. George D. Welles* and *Mr. Horace Kent Tenney* for petitioner. *Mr. John M. Zane, Mr. Charles F. Morse* and *Mr. Drury W. Cooper* for respondent.

No. 973. Fidelity & Deposit Company of Maryland et al. *v.* Computing Scale Company et al. May 29, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Charles Markell, Mr. Edward Osgood Brown* and *Mr. Edwin J. Marshall* for petitioners. *Mr. John M. Zane, Mr. Charles F. Morse* and *Mr. Drury W. Cooper* for respondents.

No. 968. St. Johns N. F. Shipping Corporation *v.* S. A. Companhia Geral Commercial do Rio de Janeiro. May 29, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Clarence Bishop Smith* for petitioner. *Mr. E. Curtis Rouse* for respondent.

No. 972. August V. Anderson, Warden, etc. *v.* Arthur Corall. June 5, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Solicitor General Beck, Mr. Blackburn Esterline* and *Mr. W. C. Herron* for petitioner. No appearance for respondent.

No. 994. Wallace Benedict, as Receiver, etc. *v.* Aaron Ratner. June 5, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Selden Bacon* for petitioner. *Mr. Louis S. Posner* for respondent.